FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUL 15 2020
MITCHELL R. ELFERS
CLERK

I Danien Bargas. I swear that the following statements are true about Curry County Adult Detention Center. extre my terridle and hazardous living conditions in Delta Pod in the old man's Pod.

1. Heater has not worked in 4 1/2 weeks in freezing conditions
2. possidle asbestos in air shaft vents.
3. Black mold caused by leaking water from Toylts in cells 101-106 in Delta Pod.

All hazordous whealthy saltuations for our health and living enroment causing severe headaches and fatigue stomach aches, nawia and shortness of breath dizzingness and strokes siezures. heart attacks I am asksing relief from your courts to investeate any and all, all eqations. Please send Larry Barker from channel 7 news to look in to the housing units and kitchen Problems. I am geting as my own attorney. To try and make a change for us here in Delta Pod's old man's pod's & kitchen especialy for cells or and any medical expenses. I am 24 years old and can not afford my own attorney. maybe this could be filed in your courts as free process under

The prisoner Inmate's 1988 Right's Act we all Need to be checked out from outside hospital or doctors out side this Jail!!! Thank's you for your Valuable Time.

Respectfully Submitted
Damian Bargas

But I am currently incerated IN Clovis, Curry County Dententios Center 88101 Clovis N,M 801 micthell st. 1983 prisoner Civil Right's Compaint under 42 U,SC. 1983

Damian Borgas #63696
801 mitchell
Clovis NM, 88101

RECEIVED
JUL 15 2020
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MITCHELL R. ELFERS
CLERK

United States District Court
District of New Mexico office of
the Clerk Suite 270
333 Lomas BLVD, NM.
ALBuquenavE, New mexico 87102